Dismissed and Opinion filed January 30, 2003









Dismissed and Opinion filed January 30, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-00-00408-CV

____________

 

SCHWEIZ-DEUTSCHLAND-USA-DREILANDER-BETEILIGUNG OBJEKT
STUTTGART C DLF 97/26 C
WALTER FINK, Appellant

 

V.

 

SUEBA U. S. A. CORPORATION, ET AL., Appellees

 



 

On
Appeal from the 189th District Court

Harris
County, Texas

Trial
Court Cause No. 99-23393

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed March 11, 2000.  

On January 21, 2003, the parties filed an agreed motion to
dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion filed
January 30, 2003.

Panel consists of Justices Yates,
Anderson, and Frost.